```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-mj-345 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS COMPLAINT ) and ORDER |
| YUN LIN, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against Yun Lin, filed on October 2, 2008, in Mag. No. 08-345 KJM. Upon further investigation of the

///
///
///
///
///
///
///

1

facts and circumstances of this case, the government has decided not to prosecute Yun Lin.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Date: March 3, 2009          By:  /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant U.S. Attorney

                                  Attorneys for the Plaintiff
                                  UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED:

DATED: March 4, 2009    EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE